**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7708**

———————

CLIFTON REECE,

Plaintiff - Appellant,

v.

CORRECT CARE SOLUTION, Medical Staff, Doctors; NURSE WISE;
MAJOR FLIPPIN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis, III, Senior
District Judge.  (1:15-cv-00711-TSE-IDD)

———————

Submitted:  March 29, 2016            Decided:  April 1, 2016

———————

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Dismissed and remanded by unpublished per curiam opinion.

———————

Clifton Reece, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Reece seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint for failing to comply with a court order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Reece seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Reece to file an amended complaint. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623-24 (4th Cir. 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED & REMANDED

2